AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00144 |
| ANTHONY R. MARIOTTO | ) Assigned to: Judge Zia M. Faruqui |
| AKA: TONY MARIOTTO | ) Assign Date: 1/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Anthony R. Mariotto     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(B), (D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/21/2021

2021.01.21 18:24:04 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/22/2021 , and the person was arrested on *(date)* 1/22/2021
at *(city and state)* Fort Pierce, Fl.

Date: 1/22/2021

For Christopher Mayo FBI
*Arresting officer's signature*

Scott Tray Dunn For Christopher Mayo FBI
*Printed name and title*